# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **AUTO-OWNERS INSURANCE COMPANY,** a Michigan corporation**, OWNERS INSURANCE COMPANY,** an Ohio corporation, **SOUTHERN-OWNERS INSURANCE COMPANY,** a Michigan corporation, and **PROPERTY-OWNERS INSURANCE COMPANY,** an Indiana corporation, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>**UNITED STATES OF AMERICA**, the federal government, <br><br>　　　　Defendant. | ) ) ) No. ) ) ) ) ) ) ) ) ) ) ) ) |

## CERTIFICATE OF CORPORATE INTERST OF
## SOUTHERN-OWNERS INSURANCE COMPANY

I, the undersigned, counsel of record for plaintiff, Southern-Owners Insurance Company, certify to the best of my knowledge and belief as follows:

1.　　Southern-Owners Insurance Company ("Southern-Owners") is wholly-owned subsidiary of Auto-Owners Insurance Company. Auto-Owners Insurance Company ("Auto-Owners") does not have a parent corporation. Auto-Owners is a mutual insurance company and has no stock. Therefore, there can be no publicly held corporation that owns 10% or more of its stock.

　　Dated: November 21, 2019

Respectfully submitted,


\_s/Cory R. Miller\_
**PARKS T. CHASTAIN**
Registration No. 13744
DIRECT: (615) 630-7717
(615) 256-8787, Ext. 114
pchastain@bkblaw.com
**CORY R. MILLER**
Registration No. 34770
DIRECT: (615) 630-7745
(615) 256-8787, Ext. 145
cmiller@bkblaw.com

**BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC**
545 Mainstream Drive, Suite 101
Nashville, TN 37228

**TERENCE M. RIDLEY**
Colorado Bar No. 15212, to be admitted *pro hac vice*
**EVAN B. STEPHENSON**
Colorado Bar No. 37183, to be admitted *pro hac vice*
**CHUAN "CICI" CHENG**
Colorado Bar No. 45229, to be admitted *pro hac vice*

**WHEELER TRIGG O'DONNELL LLP**
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1800
Facsimile: (303)244-1879
Email: ridley@wtotrial.com
stephenson@wtotrial.com
cheng@wtotrial.com